UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Barbara L. Blarek,

        Plaintiff,              CASE NUMBER: 12-10817
                                          HONORABLE VICTORIA A. ROBERTS
v.                                     MAG. JUDGE CHARLES BINDER

Commissioner of Social Security,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On September 11, 2012, Magistrate Judge Binder issued a Report and Recommendation [Doc.13], recommending that this matter be dismissed, with prejudice, for lack of prosecution, pursuant to Rule 41(b). Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Thus, the Court adopts the Report and Recommendation. This matter is dismissed with prejudice for lack of prosecution.

       **IT IS ORDERED**.

                                                       /s/ Victoria A. Roberts
                                                     Victoria A. Roberts
                                                     United States District Judge

Dated: October 17, 2012

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 17, 2012.

S/Linda Vertriest
Deputy Clerk